BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
David Richard Watkins § Case No.: 05–71000–hdh7
Pamela Elaine Watkins § Chapter No.: 7
Debtor(s) §
§

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 1/19/06

FOR THE COURT:
Tawana C. Marshall, Clerk of Court